IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC D. RICE,

      Plaintiff,                    No. 2:13-cv-0239 AC P

      vs.

ASHIQ V. PATEL, *et al.*,

      Defendants.            <u>ORDER</u>

            The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required. All dates set in the above-entitled action before the undersigned are hereby vacated.

DATED: February 19, 2013.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;rice0239.recuse

1