IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC D. RICE,

        Plaintiff,                      No. 2:13-cv-0239 EFB P

       vs.

ASHIQ V. PATEL, et al.,

        Defendants.             ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).

      Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined."

////

1 Plaintiff has not submitted a certified copy of his trust account statement or the institutional
2 equivalent. He may comply with this requirement by having prison officials complete the
3 "Certificate" portion of the form application for leave to proceed *in forma pauperis*.
4     Accordingly, plaintiff has 30 days from the date this order is served to submit the
5 required trust account statement. Failure to comply with this order may result in this action
6 being dismissed. The Clerk of the court is directed to send to plaintiff a new form Application to
7 Proceed In Forma Pauperis by a Prisoner.
8     So ordered.
9 Dated: March 5, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE